FILED JS
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

20 MAR 27 PM 1:51

AO 241 (Rev. 01/15)

Page 2

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: Eastern District of Kentucky |
|---|---|
| Name (under which you were convicted): Charles Timothy Morris | Docket or Case No.: 4:20CV-50-JHM |
| Place of Confinement: Green River Correctional Complex | Prisoner No.: 264907 |
| Petitioner (include the name under which you were convicted) Charles Timothy Morris | v. | Respondent (authorized person having custody of petitioner) Warden, Kevon Mazza 1200 River Road P.O. Box 9300 Central City, KY 42330 |

The Attorney General of the State of: Kentucky

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

   Christian County Circuit Court, Hon. Andrew Self

   100 Justice Way, Hopkinsville, KY 42240

   (b) Criminal docket or case number (if you know): 11-CR-00321

2. (a) Date of the judgment of conviction (if you know): 09/09/2013

   (b) Date of sentencing: 10/30/2013

3. Length of sentence: 30 Years

4. In this case, were you convicted on more than one count or of more than one crime? ☐ Yes ☑ No

5. Identify all crimes of which you were convicted and sentenced in this case:

   Murder KRS 507.020

6. (a) What was your plea? (Check one)
   ☐ (1) Not guilty        ☐ (3) Nolo contendere (no contest)
   ☐ (2) Guilty            ☐ (4) Insanity plea

AO 241 (Rev. 01/15)

Page 3

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? n/a

(c) If you went to trial, what kind of trial did you have? (Check one)

☒ Jury  ☐ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☒ Yes  ☐ No

8. Did you appeal from the judgment of conviction?

☒ Yes  ☐ No

9. If you did appeal, answer the following:

(a) Name of court: Kentucky Supreme Court

(b) Docket or case number (if you know): 2013-SC-000766

(c) Result: Kentucky Supreme Court Affirmed the Conviction

(d) Date of result (if you know): 09/10/2015

(e) Citation to the case (if you know): 2013-SC-000766-MR (see Attachment A)

(f) Grounds raised: Defendant was denied a fair trial when 1.) the Commonwealth introduced gruesome autopsy photographs of the decedent's bloody brian, in direct violation of the Court's Order; 2.) the Court failed to exlude a juror who had clearly stated her bias; 3.) the Court improperly admitted 404(b) evidence; 4.) the Court permitted the Commonwealth to cross examine a defense witness about her relationship with another individual who had been convicted of murder. The net effect of these claimed errors was that the Defendant was denied due process, in violation of his rights under the 6th and 7th amendments to the United States Constitution.

(g) Did you seek further review by a higher state court?  ☐ Yes  ☒ No

If yes, answer the following:

(1) Name of court:

(2) Docket or case number (if you know):

(3) Result:

(4) Date of result (if you know):

(5) Citation to the case (if you know): _____

(6) Grounds raised: _____

(h) Did you file a petition for certiorari in the United States Supreme Court? ☐ Yes ☒ No

If yes, answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court? ☒ Yes ☐ No

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: Christian County Circuit Court, Hon. Andrew Self

(2) Docket or case number (if you know): 11-CR-000321

(3) Date of filing (if you know): 10/28/2016

(4) Nature of the proceeding: 11.42 Ineffective Assistance of Counsel

(5) Grounds raised: Morris' trial counsel 1) failed to properly preserve error in the jury selection process; 2) failed to request a mistrial when the Commonwealth violated the Court's Order and published a prejudical photo to the jury; 3) requested to admit records of the victim's prior injuries which were prejudicial to the Defendant; 4) failed to object to the introduction of medical records which were prejudicial and irrelevent; 5) failed to subpoena critical witnesses to the trial, including the Mother of the victim, and multiple others whose testimony would have been exculpatory as to the Defendant; 6) failed to subpoena exculpatory records from the Department of Children's Services; 7) failed to introduce exculpatory text messages from the Defendant's ex-wife; 8) failed to introduce expulatory videos from first responders, all denying him his 6th amendment right to effective assistance of Counsel.

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☒ Yes ☐ No

(7) Result: Denied

(8) Date of result (if you know): 12/07/2017

AO 241 (Rev. 01/15)

Page 5

(b) If you filed any second petition, application, or motion, give the same information:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

        ☐ Yes    ☐ No

    (7) Result: _____

    (8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☐ No

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

    (1) First petition:   ☐ Yes   ☑ No

    (2) Second petition:   ☐ Yes   ☐ No

    (3) Third petition:   ☐ Yes   ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

Appealed Circuit Court's denial of 11.42 to Kentucky Court of Appeals. Court of Appeals affirmed Circuit Court's findings in an unpublished opinion dated March 29, 2019. CASE NO. 2017-CA-002045.

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:** The Defendant was denied his 7th Amendment Right to a fair trial.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

1) The Court did not declare a mistrial when the jury was shown gruesome autopsy photographs by the Commonwealth attorney in direct violation of the Court's Order; 2) the Christian County Circuit Court failed to excuse juror 23 who had clearly indicated a bias during vior dire; 3) the Christian County Circuit Court errored when it admitted 404(b) evidence of alledged prior acts of the Defendant which clearly were not admissable and prejudiced the Defendant; 4) the Christian County Circuit Court errored by allowing the Commonwealth to cross examine a key witness about a relationship she had with an individal by the name of Mike Wheeler. Mike Wheeler was and had been convicted of murder. This tainted the jury and resulted in an unfair trial.

(b) If you did not exhaust your state remedies on Ground One, explain why: Exhausted remedy as this was decided by Kentucky Supreme Court. The Kentucky Supreme Court is the states highest court.

AO 241 (Rev. 01/15)

Page 7

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☑ Yes ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☐ No

(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

Petitioner sought relief through an 11.42 motion in Christian County Circuit Court.

AO 241 (Rev. 01/15)

Page 8

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: _____

**GROUND TWO:**   Defendant was denied his 6th Amendmend Right to counsel.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
The counsel appointed to Defendant was clearly deficent in the following ways: 1) Counsel failed to comply with the preservation standards in Gabbard v. Commonwealth, 297 S.W.3d 844 (Ky. 2009) to perserve claimed error in the jury selection process; 2) counsel failed to request a mistrial when the Commonwealth displayed a picture of the victim's bloody brain to the jury after the Court expressly ordered that image not to be shown to the jury; 3) counsel actaully asked to admit medical records which should not have been admitted, showing prior injuries of the child on May 5, 2010; 4) counsel failed to object the admission of records for May 17, 2010 which clearly should not have been admitted; 5) counsel failed to prepare Morris for testifying at trial; 6) counsel failed to introduce critical records from the Department of Children's Services which were (cont.)

(b) If you did not exhaust your state remedies on Ground Two, explain why: The Kentucky Supreme Court has already ruled against Morris in his direct appeal, thus a Motion for Discretionary Review appeared pointless.

(c)   **Direct Appeal of Ground Two:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?   ☑ Yes   ☐ No
   (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

(d)   **Post-Conviction Proceedings:**

   (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
      ☐ Yes   ☑ No
   (2) If your answer to Question (d)(1) is "Yes," state:
   Type of motion or petition: _____
   Name and location of the court where the motion or petition was filed: _____

   Docket or case number (if you know): _____
   Date of the court's decision: _____

Page 8, Ground Two, section (a):

exculpatory to the Defendant. 7) counsel failed to confront and impeach Brittany Morris, a key witness in the case in spite of the fact that they had quite a bit of impeachable evidence to confront Brittany Morris with; 8) counsel failed to introduce dash cam footage from first responders; and 9) counsel failed to object to an improper by the Commonwealth. Specifically, the Commonwealths argument which placed the burden of proof on the Defendant.

AO 241 (Rev. 01/15)

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion or petition?   ☐ Yes  ☐ No
(4) Did you appeal from the denial of your motion or petition?   ☐ Yes  ☐ No
(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☑ Yes  ☐ No
(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Kentucky Court of Appeals

Docket or case number (if you know): 2017-CA-002045

Date of the court's decision: 03/19/2019

Result (attach a copy of the court's opinion or order, if available): (see Attachment B)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two : None

**GROUND THREE:** _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

AO 241
(Rev. 01/15)

Page 10

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

_____

_____

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes   ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☐ No

(4) Did you appeal from the denial of your motion or petition?   ☐ Yes   ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

AO 241
(Rev. 01/15)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

(e)  **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: _____

_____

_____

**GROUND FOUR:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____

_____

_____

_____

(c)  **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?     ☐ Yes     ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(d)  **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes     ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

AO 241
(Rev. 01/15)

Page 12

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☐ No

(4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: _____

AO 241
(Rev. 01/15)

Page 13

13. Please answer these additional questions about the petition you are filing:

   (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?  ☐ Yes   ☑ No

   If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: Petitioner did not file Petition for Discretionary Review with the Kentucky Supreme Court on his 11.42 Motion.

   (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?  ☐ Yes   ☑ No

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available.

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?  ☐ Yes   ☐ No

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

    (a) At preliminary hearing: Kentucky Department of Public Advocacy
    1100 South Main Street, Suite 22, Hopkinsville, KY 42240

    (b) At arraignment and plea: Kentucky Department of Public Advocacy
    1100 South Main Street, Suite 22, Hopkinsville, KY 42240

    (c) At trial: Kentucky Department of Public Advocacy
    1100 South Main Street, Suite 22, Hopkinsville, KY 42240

    (d) At sentencing: Paul Dickman
    19 West 11th Street, Covington, KY 41011

    (e) On appeal: Paul Dickman
    19 West 11th Street, Covington, KY 41011

    (f) In any post-conviction proceeding: Paul Dickman
    19 West 11th Street, Covington, KY 41011

    (g) On appeal from any ruling against you in a post-conviction proceeding: Paul Dickman
    19 West 11th Street, Covington, KY 41011

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? ☐ Yes ☑ No

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

    (b) Give the date the other sentence was imposed:
    (c) Give the length of the other sentence:
    (d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future? ☐ Yes ☑ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

    Petition was filed within one year of Court of Appeals opinion in Case No. 2017-CA-002045, on March 29, 2019, less than one year from the filing of this petition.

_____

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

    (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

    (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

    (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

    (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241
(Rev. 01/15)

Page 16

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: Petitioner requests that the Court set aside his conviction in that he was denied his constitutional right to counsel and to a fair trial as outlined hereinabove.

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on 03/27/2020 (month, date, year).

Executed (signed) on 03/27/2020 (date).

_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.